UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al. on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br><br>24 HOUR FITNESS USA, INC., a California corporation d/b/a 24 Hour Fitness; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation d/b/a 24 Hour Fitness,<br><br>    Defendants. | No. 06-0715 SC<br><br>ORDER RE PROPOSED<br><u>JOINT OPT-IN ORDER</u> |

The Court's March 6, 2007 Order Granting In Part And Denying In Part Plaintiffs' Motion for Facilitated Notice Pursuant to 29 U.S.C. § 216(b), as amended on April 3, 2007, ("Order") instructed the parties to submit "a <u>JOINT</u> proposed opt-in order which accords with the rulings above; a joint plan for related discovery and the process of notification; and briefing on relevant differences, if any, which still exist between the parties."  Order at 19

(emphasis added). The parties obeyed the last part of these instructions. However, the proposed opt-in order and notice and discovery plan which the parties submitted were "joint" in name only.

The Court hereby ORDERS the parties to confer and resubmit these documents in accordance with the Court's Order within ten (10) days of this Order, reflecting an agreement of the parties as to their terms.

IT IS SO ORDERED.

Dated:   April 12, 2007.

_____
UNITED STATES DISTRICT JUDGE