THOMAS G. FOLEY, JR. Bar No. 065812
PHILIP D. DRACHT, Bar No. 219044
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 965-0722
Email: tfoley@foleybezek.com
       pdracht@foleybezek.com

RICHARD E. DONAHOO Bar No. 186957
DONAHOO & ASSOCIATES
505 North Tustin Avenue, Suite 160
Santa Ana, California 92705
Telephone (714) 953-1010
Facsimile (714) 953-1777
Email: rdonahoo@donahooandassoc.com

HENRY D. LEDERMAN, Bar No. 079498
JAMES Y. WU, Bar No. 213090
LISA C. CHAGALA, Bar No. 217883
ALLISON R. BALC, Bar No. 214962
LITTLER MENDELSON
A Professional Corporation
2175 North California Blvd., Suite 835
Walnut Creek, CA 94596.3565
Telephone:   925.932.2468
Facsimile:   925.946.9809
E-mail: hlederman@littler.com
        jywu@littler.com
        lchagala@littler.com
        abalc@littler.com
Attorneys for Defendants 24 HOUR FITNESS USA, INC. and SPORT AND FITNESS CLUBS OF AMERICA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., <br><br>Plaintiffs, <br><br>v. <br><br>24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, <br><br>Defendants. | Case No. C 06 0715 SC <br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING THE TIME TO FILE A JOINT PROPOSED OPT-IN ORDER; A JOINT PLAN FOR RELATED DISCOVERY AND THE PROCESS OF NOTIFICATION; AND BRIEFING ON RELEVANT DIFFERENCES** |

Pursuant to the Order Re Proposed Joint Opt-In Order of April 12, 2007, the parties hereby submit this Joint Stipulation and [Proposed] Order Extending the Time to File a Joint Proposed Opt-in Order; A Joint Plan for Related Discovery and the Process of Notification; and Briefing on Relevant Differences.

WHEREAS counsel for named Plaintiffs and counsel for Defendants have met and conferred telephonically two times since the Court's last Order;

WHEREAS counsel have made serious progress but have not been able to complete the meet and confer process because of the complexity of the issues;

WHEREAS, the Court's Order directs the parties to submit a joint proposed Order within ten days from the date of the Order, which would be Friday, April 20, 2007;

WHEREAS counsel for both parties believe that if they have additional time to meet and confer they can narrow the unresolved issues that need to be resolved by the Court.

IT IS STIPULATED that the date ordered for the parties make the submissions required in the Conditional Certification Order and the Order Re Proposed Joint Opt-In Order be extended from April 20, 2007 to May 2, 2007.

Dated: 4-19-07

_____
Richard E. Donahoo.
Donahoo & Associates
Attorneys for Plaintiffs

Dated: 4/19/07

_____
Lisa C. Chagala
Littler Mendelson, P.C.
Attorneys for Defendants
24 HOUR FITNESS USA, INC. AND
SPORT AND FITNESS CLUBS OF
AMERICA, INC.

1  Upon reading the foregoing Stipulation, and good cause appearing,

2

3  IT IS ORDERED THAT:

4

5  The deadline set forth in the Court's Order Re Proposed Joint Opt-In Order dated April
6  12, 2007 is extended to May 2, 2007.

7

8  Dated: __4/20/07__

9  _____
   HON. SAMUEL CONTI
10 UNITED STATES DISTRICT JUDGE

   *IT IS SO ORDERED*
   *Judge Samuel Conti*

11

12

13  Firmwide:82351452.1 034670.1216

---

3

**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME**