United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABE BEAUPERTHUY, <u>et al</u>. on behalf
of themselves and all others
similarly situated,

            Plaintiffs,

   v.

24 HOUR FITNESS USA, INC., a
California corporation d/b/a 24
Hour Fitness; SPORT AND FITNESS
CLUBS OF AMERICA, INC., a
California corporation d/b/a 24
Hour Fitness,

           Defendants.

No. 06-0715 SC

ORDER RE APPOINTMENT
OF LOCAL
<u>PLAINTIFFS' COUNSEL</u>

    In the interest of facilitating service of process and
communication with the Court, Plaintiffs are hereby ORDERED to
appoint local counsel within ten (10) days of the date of this
Order.

    IT IS SO ORDERED.

    Dated: May 10, 2007.

_____
UNITED STATES DISTRICT JUDGE