UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GABE BEAUPERTHUY, et al. on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>24 HOUR FITNESS USA, INC., a California corporation d/b/a 24 Hour Fitness; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation d/b/a 24 Hour Fitness,<br><br>      Defendants. | No. 06-00715 SC<br><br>ORDER DENYING DEFENDANTS' MOTION FOR CLARIFICATION OR, IN THE ALTERNATIVE, FOR LEAVE TO MOVE FOR RECONSIDERATION OF OPT-IN ORDER |

Before the Court is a motion by Defendants 24 Hour Fitness USA, Inc., et al. ("Defendants"), for clarification of the Court's Opt-In Order or, in the alternative, for leave to file a motion for reconsideration of the Opt-In Order. See Docket Nos. 145, 148. Plaintiffs Gabe Beauperthuy, et al. ("Plaintiffs") opposed Defendants' motion. See Docket No. 151. The Court hereby DENIES Defendants' motion and ORDERS as follows:

    1. The Further Status Conference set for June 29, 2007, at 10:00 a.m. is taken off calendar.

    2. The parties shall meet and confer regarding any remaining disputes about the interpretation or application of the Opt-In

Order. If the parties agree that the Opt-In Order should be modified, they shall file a joint proposed order reflecting the agreed upon changes.

    3. The parties shall appear before the Court for a Further Status Conference at 10:00 a.m. on Friday, August 17, 2007.

IT IS SO ORDERED.

Dated: June 19, 2007.

_____
UNITED STATES DISTRICT JUDGE