```
                                                              FILED
           UNITED STATES COURT OF APPEALS
                                                              JUL 16 2008
                 FOR THE NINTH CIRCUIT
                                                         MOLLY C. DWYER, CLERK
                                                          U.S. COURT OF APPEALS
```

| | |
|---|---|
| In re: 24 HOUR FITNESS USA, INC., a California corporation doing business as 24 Hour Fitness; SPORTS AND FITNESS CLUBS OF AMERICA, INC., a California corporation doing business as 24 Hour Fitness.<br><br>24 HOUR FITNESS USA, INC.; et al.,<br><br>        Petitioners,<br><br> v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,<br><br>        Respondent,<br><br> and<br><br>GABE BEAUPERTHUY. | No. 08-71808<br><br>D.C. No. 06-CV-0715 SC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER, LEAVY and IKUTA, Circuit Judges.

ec/MOATT

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. *See Bauman v. United States Dist. Court*, 557 F.2d 650 (9th Cir. 1977). Any error in the challenged district court order is correctable on appeal. *See id.* at 654. Accordingly, the petition is denied.

ec/MOATT