1  THOMAS G. FOLEY, JR., Bar No. 065812
   NATHAN T. LOWERY, Bar No. 065812
2  **FOLEY BEZEK BEHLE & CURTIS, LLP**
   15 West Carrillo Street
3  Santa Barbara, California 93101
   Telephone (805) 962-9495
4  Facsimile (805) 962-0722
   Email: tfoley@foleybezek.com
5
   RICHARD E. DONAHOO, Bar No. 186957
6  THOMAS J. WELCH, Bar No. 242065
   **DONAHOO & ASSOCIATES**
7  505 North Tustin Avenue, Suite 160
   Santa Ana, California 92705
8  Telephone (714) 953-1010
   Facsimile (714) 953-1777
9  Email:  rdonahoo@donahoo.com

10

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  GABE BEAUPERTHUY, et al.,         Case No.  C 06 0715 SC

14           Plaintiffs,

15      v.                            **STIPULATION TO EXTEND DEADLINE
                                      TO FILE PERSONAL TRAINER OPT-IN
16  24 HOUR FITNESS USA, INC., a      FORMS**
    California corporation dba 24 HOUR
17  FITNESS; SPORT AND FITNESS
    CLUBS OF AMERICA, INC., a
18  California corporation dba 24 HOUR
    FITNESS,
19
             Defendants.
20

21

22       On May 1, 2008 the Court entered an Order on Plaintiffs' Motion for Conditional

23  Certification and Facilitated Notice to Personal Trainers ("the Order") (Doc No. 193). The

24  Order directed the Notice Administrator to mail the Court approved notice and to process

25  Consent to Join Forms (Opt-in) forms submitted by Personal Trainers. The Order required

26  Opt-In forms to be filed with the Court within 10 days of the close of the Opt-in period. (¶

27  7.) According to the notice the Personal Trainer Opt-in period closed on October 28, 2008.

28

|     |
| --- |
| 1   |
| 2   |
| 3   |
| 4   |
| 5   |
| 6   |

The Parties, through counsel, having met and conferred with one another and the Notice Administrator, agree that additional time is necessary to process the Consent to Join forms and file the forms with the Court. The Parties agree that an extension of the date to file the Opt-in forms is necessary and appropriate.

THEREFORE, the date to file the Personal Trainer Opt-in forms with the Court is extended to November 24, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

FOLEY, BEZEK, BEHLE & CURTIS

DONAHOO & ASSOCIATES

DATED: 10/31/08

_____
Attorneys for Plaintiffs

LITTLER MENDELSON, P.C.

DATED: 10/31/08                 *Lisa C. Chagala*
_____
Attorneys for Defendants

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 11/3/08

_____
United States D[istrict Judge]

IT IS SO ORDERED
Judge Samuel Conti

STIPULATION TO EXTEND DEADLINE TO FILE
PERSONAL TRAINER OPT IN FORMS                2.
(NO. C 06 0715 SC)