Thomas G. Foley, Jr., State Bar No.: 065812
Justin P. Karczag, State Bar No.: 223764
**FOLEY BEZEK BEHLE & CURTIS, LLP**
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Fax: (805) 965-0722
tfoley@foleybezek.com

Richard E. Donahoo, State Bar No.: 186957
**DONAHOO & ASSOCIATES**
440 W. First Street, Suite 101
Tustin, California 92780
Telephone (714) 953–1010
Facsimile (714) 953–1777

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>24 HOUR FITNESS USA, INC. a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>    Defendants. | Case No. C 06 0715 SC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE TO FILE OPPOSITION TO MOTION TO EXTEND DISCOVERY AND INCREASE THE NUMBER OF DEPOSITIONS**<br><br>COMPLAINT FILED: February 1, 2006<br>TRIAL DATE: No date set. |

**RECITALS**

A.   Defendants have filed a motion to extend discovery and procedural deadlines and to increase the number of depositions ("the Motion");

B.   Since the filing of the Motion, Counsel for the parties have been engaged in telephonic and email communications regarding the Motion;

C.   To allow Plaintiffs the opportunity to file an opposition to the motion, the parties agree that Plaintiffs shall have until Friday, October 2, 2009 to file an opposition to the motion.

# STIPULATION

1. The parties hereby stipulate that Plaintiffs shall have until Friday, October 2, 2009 to file an opposition to the Motion.

**SO STIPULATED:**

Dated: September 30, 2009  **LITTLER MENDELSON, P.C.**

By:_____/s/_____
John C. Kloosterman
Littler Mendelson, P.C., Attorneys for
Defendant

Dated: September 30, 2009  **DONAHOO & ASSOCIATES**
**FOLEY BEZEK BEHLE & CURTIS, LLP**

By: _____/s/_____
Richard E. Donahoo
Thomas G. Foley, Jr.
Justin P. Karczag
Attorneys for Plaintiffs

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

**[PROPOSED] ORDER**

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT,

1. Plaintiffs shall have until Friday, October 2, 2009 to file their opposition to Defendants' motion to extend discovery and procedural deadlines and to increase the number of depositions.

SO ORDERED.

Dated: October 8, 2009



Hon. Samuel Conti

Firmwide:92250565.1 034670.1216