JOHN C. KLOOSTERMAN, Bar No. 182625
email: jkloosterman@littler.com
LISA C. CHAGALA, Bar No. 217883
email: lchagala@littler.com
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940

Attorneys for Defendants
24 HOUR FITNESS USA, INC. AND SPORT AND
FITNESS CLUBS OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC. a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>Defendants. | Case No. C 06 0715 SC<br><br>**STIPULATION AND PROPOSED ORDER EXTENDING DISCOVERY DEADLINE AND INCREASING THE NUMBER OF DEPOSITIONS**<br><br>COMPLAINT FILED: February 1, 2006<br>TRIAL DATE: No date set. |

**RECITALS**

A. Plaintiffs and Defendants have met and conferred regarding the current discovery deadlines and the discovery which has yet to be completed;

B. After numerous telephone conferences and written correspondence, counsel have worked toward and agreed upon a schedule that will accommodate the parties' further discovery requests;

C. The schedule contemplates an exchange of further information and at least dozens, if not scores, of depositions to be scheduled in numerous states during February, March and, if necessary, April, 2010;

D. The parties agree the schedule will require an extension of the current discovery cut-off and the limit of numbers of depositions permitted.

E. Therefore, in order to allow the parties to implement their agreed upon schedule, the parties seek an Order from this Court extending the discovery cut-off and pretrial deadlines by approximately 45 days and also seek to increase the number of depositions that may be taken to 50 per side.

## STIPULATION

1. The parties hereby stipulate that the discovery cut-off deadline and pretrial dates be modified as follows:

| DEADLINE | OLD DATE | NEW DATE |
|---|---|---|
| **Non-Expert Discovery Cutoff** | 3/2/10 | **4/23/10** |
| **Expert Designations** | 04/02/10 | **5/24/10** |
| **Expert Discovery Cutoff** | 06/15/10 | **8/6/10** |
| **Last Day to File Dispositive Motions** | 07/01/10 | **8/23/10** |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

2. In addition, the parties stipulate that the number of non-expert depositions available to each side shall be increased to 50, without prejudice to the parties stipulating to further increase the number or allowing either side to move the Court to further increase the number.

SO STIPULATED:

Dated: January 20, 2010

LITTLER MENDELSON, P.C.

By: _____
John C. Kloosterman
Littler Mendelson, P.C., Attorneys for
Defendant

Dated: January 20, 2010

DONAHOO & ASSOCIATES
FOLEY BEZEK BEHLE & CURTIS, LLP

By: _____
Richard E. Donahoo
Thomas G. Foley, Jr.
Justin P. Karczag
Attorneys for Plaintiffs

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

# [PROPOSED] ORDER

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT,

1. The current pretrial dates and discovery cutoff deadline be vacated and reset on the new dates, as set forth below:

| DEADLINE | OLD DATE | NEW DATE |
|---|---|---|
| **Non-Expert Discovery Cutoff** | 3/2/10 | **4/23/10** |
| **Expert Designations** | 04/02/10 | **5/24/10** |
| **Expert Discovery Cutoff** | 06/15/10 | **8/6/10** |
| **Last Day to File Dispositive Motions** | 07/01/10 | **8/22/10** |

2. The deposition limit is increased to 50 depositions per side without prejudice to a joint request by both parties or a motion by one of the parties for a further increase.

IT IS SO ORDERED.

Dated: January 22, 2010

Honorable 
Judge Samuel Conti

Firmwide:93662177.1 034670.1216

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940