THOMAS G. FOLEY, JR. Bar No. 065812
JUSTIN P. KARCZAG, Bar No. 223764
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 965-0722
Email:  tfoley@foleybezek.com

RICHARD E. DONAHOO Bar No. 186957
DONAHOO & ASSOCIATES
440 West First Street, Suite 101
Tustin, California 92780
Telephone (714) 953-1010
Facsimile (714) 953-1777
Email:   rdonahoo@donahoo.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, <br><br> Defendants. | Case No.  C 06 0715 SC <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING EXPERT DESIGNATION DATE** |

**RECITALS**

A.   Plaintiffs and Defendants have met and conferred regarding the expert designation date and a potential mediation;

B.   Therefore, the parties agree to extend the expert designation date approximately one month to allow the parties to pursue mediation.

///

///

# STIPULATION

The parties hereby stipulate that the deadline regarding expert designations shall be modified as follows:

| DEADLINE | OLD DATE | NEW DATE |
|---|---|---|
| **Expert Designations** | 5/24/10 | **06/28/10** |

**SO STIPULATED:**

Dated: April 30, 2010           **LITTLER MENDELSON, P.C.**


By:_____s/_____
John C. Kloosterman
Lisa C. Chagala
Littler Mendelson, P.C., Attorneys for Defendant


Dated: April 30, 2010           **DONAHOO & ASSOCIATES**
                                **FOLEY BEZEK BEHLE & CURTIS, LLP**


By: _____s/_____
Richard E. Donahoo
Thomas G. Foley, Jr.
Justin P. Karczag
Attorneys for Plaintiffs

```
1   THOMAS G. FOLEY, JR. Bar No. 065812
    JUSTIN P. KARCZAG, Bar No. 223764
2   FOLEY BEZEK BEHLE & CURTIS, LLP
    15 West Carrillo Street
3   Santa Barbara, California 93101
    Telephone (805) 962-9495
4   Facsimile (805) 965-0722
    Email:  tfoley@foleybezek.com
5
6
    RICHARD E. DONAHOO Bar No. 186957
7   DONAHOO & ASSOCIATES
    440 West First Street, Suite 101
8   Tustin, California 92780
    Telephone (714) 953-1010
9   Facsimile (714) 953-1777
10  Email:   rdonahoo@donahoo.com
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| GABE BEAUPERTHUY, et al., | Case No.  C 06 0715 SC |
|---|---|
| Plaintiffs, | [PROPOSED] ORDER EXTENDING EXPERT DESIGNATION DATE |
| v. | |
| 24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, | |
| Defendants. | |

PURSUANT TO STIPULATION, IT IS ORDERED THAT,

1.  The current discovery cutoff deadline regarding expert designations be vacated and reset on the new dates, as set forth below:

///

///

///

///

1
2

| DEADLINE | OLD DATE | NEW DATE |
|---|---|---|
| Expert Designations | 5/24/10 | 06/28/10 |

==LAST EXTENSION THAT WILL BE GRANTED.==

Dated: __5/6/10_____    _____
                              Honorable Samuel Conti

*IT IS SO ORDERED*
*Judge Samuel Conti*