1  JOHN C. KLOOSTERMAN, Bar No. 182625
   LAURA E. HAYWARD, Bar No. 204014
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940

5  Attorneys for Defendants
   24 HOUR FITNESS USA, INC. AND SPORT AND
6  FITNESS CLUBS OF AMERICA

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11 | GABE BEAUPERTHUY, et al.,              | Case No. C 06 0715 SC
12 |                    Plaintiffs,          | **STIPULATION AND ~~PROPOSED~~ ORDER EXTENDING DATE FOR DEFENDANTS TO FILE REPLY BRIEFING ISO MOTIONS TO DECERTIFY CONDITIONAL FLSA TRAINER CLASS AND MANAGER CLASS**
13 |        v.                               |
14 | 24 HOUR FITNESS USA, INC. a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, |
15 |                                         | Date:  January 21, 2011
16 |                                         | Time:  10:00 a.m.
17 |                    Defendants.          | Judge: Hon. Samuel Conti

**STIP AND ORDER EXTENDING DEADLINE FOR DEFTS TO FILE REPLY RE: MOTIONS TO DECERTIFY**        1.        **Case No. C 06 0715 SC**

# RECITALS

A. Defendants filed their Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class and all supporting documents on September 24, 2010, one week prior to the October 1, 2010 deadline agreed upon by the parties and approved by this Court;

B. Plaintiffs filed their Oppositions to the Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class, as well as two Motions to Strike on November 12, 2010, on the deadline agreed upon by the parties and approved by this Court. In support of their Oppositions Plaintiffs filed 119 Plaintiff declarations, 40 of which have deposition testimony attached to them.

C. Defendants' reply briefing is now due on November 29, 2010, the Monday after the Thanksgiving holiday.

D. The hearing on the Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class is January 21, 2011. The parties are <u>not</u> requesting that this date be moved.

E. Due to the size of Plaintiffs' filing and in light of the Thanksgiving holiday, Plaintiffs have agreed to grant Defendants a one-week extension of time in which to file their reply briefing. All reply briefing will be due on December 6, 2010.

F. The date of the hearing will remain January 21, 2011.

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

STIP AND ORDER EXTENDING DEADLINE FOR DEFTS TO FILE REPLY RE: MOTIONS TO DECERTIFY

2.

Case No. C 06 0715 SC

# STIPULATION

1. The parties hereby stipulate that Defendants' reply briefing in support of their Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class will be filed on December 6, 2010.

**SO STIPULATED:**

Dated: November 19, 2010         **LITTLER MENDELSON, P.C.**

By: _____/s/_____
John C. Kloosterman
Laura E. Hayward
Littler Mendelson, P.C.,
Attorneys for Defendant

Dated: November 19, 2010         **DONAHOO & ASSOCIATES**
                                 **FOLEY BEZEK BEHLE & CURTIS, LLP**

By: _____/s/_____
Richard E. Donahoo
Thomas G. Foley, Jr.
Justin P. Karczag
Attorneys for Plaintiffs

LITTLER MENDELSON
A Professional Corporation
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

STIP AND ORDER EXTENDING DEADLINE FOR DEFTS TO FILE REPLY RE: MOTIONS TO DECERTIFY

3.

Case No. C 06 0715 SC

**[PROPOSED] ORDER**

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT,

Defendants' reply briefing in support of their Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class will be filed on December 6, 2010.

The hearing on the Defendants' Motion to Decertify Conditional FLSA Trainer Class and Motion to Decertify Conditional FLSA Manager Class will remain on January 21, 2011.

IT IS SO ORDERED.

Dated: November 22, 2010

_____
THE HONORABLE SAMUEL CONTI

*[Signature stamp: IT IS SO ORDERED / Judge Samuel Conti / United States District Court, Northern District of California]*

Firmwide:98768206.1 034670.1216

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2520 Venture Oaks Way
Suite 390
Sacramento, CA 95833.4227
916.561.5300

STIP AND ORDER EXTENDING DEADLINE FOR DEFTS TO FILE REPLY RE: MOTIONS TO DECERTIFY

4.

Case No. C 06 0715 SC