THOMAS G. FOLEY, JR., Bar No. 065812
JUSTIN P. KARCZAG, Bar No. 223764
STEPHANIE R. HANNING, Bar No. 251728
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 965-0722
Email: tfoley@foleybezek.com
       jkarczag@foleybezek.com
       shanning@foleybezek.com

RICHARD E. DONAHOO, Bar No. 186957
DONAHOO & ASSOCIATES
440 W. First Street, Ste. 101
Tustin, CA 92780
Telephone (714) 953-1010
Facsimile (714) 953-1777
Email:  rdonahoo@donahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., <br><br>Plaintiffs, <br><br>v. <br><br>24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, <br><br>Defendants. | Case No.  C 06 0715 SC <br><br> *(Assigned to the Honorable Samuel Conti for All Purposes)* <br><br> **[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR LIMITED CONSOLIDATED SURREPLY, IN LIGHT OF COURT VACATING ORAL ARGUMENT, TO ADDRESS NEW MATTERS RAISED IN DEFENDANT'S REPLIES IN SUPPORT OF ITS TWO MOTIONS TO DECERTIFY (1) THE MANAGERS CLASS AND (2) THE TRAINERS CLASS** <br><br> Hearing:   Vacated [frmr: January 21, 2011] <br><br> Complaint filed:   February 1, 2006 <br> Trial date:   Not yet set |

USDC, ND, Case No.: C 06 0715 SC

**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR LIMITED CONSOLIDATED SURREPLY TO ADDRESS NEW MATTERS RAISED IN DEFENDANT'S REPLIES**

Plaintiffs Gabe Beauperthuy, et al., filed a Request for Limited Consolidated Surreply, in Light of Court Vacating Oral Argument, to Address New Matters Raised in Defendant's Replies in Support of Its Two Motions to Decertify (1) the Managers Class and (2) the Trainers Class. Included in Plaintiffs' Request was a Surreply that was limited to 5 pages. Having read the request and supporting declaration, and Good Cause appearing:

1. Plaintiffs' request to file a limited Surreply is ~~granted.~~ DENIED

2. Defendant is allowed to file a limited Surreply not to exceed 5 pages, to address any new material raised Plaintiffs' Surreply that was not already addressed in Defendant's Reply, to be filed no later than Friday, January 28, 2011.

IT IS SO ORDERED:

Dated: 2/9/11



HON. _____
UNITED STATES DISTRICT JUDGE

1

USDC, ND, Case No.: C 06 0715 SC

**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR LIMITED CONSOLIDATED SURREPLY TO ADDRESS NEW MATTERS RAISED IN DEFENDANT'S REPLIES**

1  Submitted by,

2  Dated: January 21, 2011                **DONAHOO & ASSOCIATES**
3                                         **FOLEY BEZEK BEHLE & CURTIS, LLP**

4

5                                         By: __/s/_Justin P. Karczag_____
                                          Richard E. Donahoo
6                                         Thomas G. Foley, Jr.
                                          Justin P. Karczag
7                                         Stephanie R. Hanning
                                          Attorneys for Plaintiffs
8

**[PROPOSED] ORDER RE: PLAINTIFFS' REQUEST FOR LIMITED CONSOLIDATED SURREPLY TO ADDRESS NEW MATTERS RAISED IN DEFENDANT'S REPLIES**