| | |
|---|---|
| 1 | JOHN C. KLOOSTERMAN, Bar No. 182625 |
|   | email: jkloosterman@littler.com |
| 2 | LAURA E. HAYWARD, Bar No. 204014 |
|   | email: lhayward@littler.com |
| 3 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 4 | 650 California Street, 20th Floor |
|   | San Francisco, CA 94108.2693 |
| 5 | Telephone: 415.433.1940 |

Attorneys for Defendants
24 HOUR FITNESS USA, INC. AND SPORT AND FITNESS CLUBS OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., | Case No. C 06 0715 SC |
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER CONTINUING (1) PLAINTIFFS' MOTION TO COMPEL HEARING AND BRIEFING AND (2) CASE MANAGEMENT CONFERENCE |
| v. | |
| 24 HOUR FITNESS USA, INC. a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS, | |
| | COMPLAINT FILED: February 1, 2006 |
| Defendants. | TRIAL DATE: No date set. |

**RECITALS**

A.  WHEREAS, Plaintiffs have filed a motion to compel arbitration ("the Motion") which is currently set for hearing September 9, 2011;

B.  WHEREAS, the Court has set a Case Management Conference for September 9, 2011;

C.  WHEREAS, pursuant to a prior Stipulation and Order, counsel for the parties met and conferred in a face-to-face meeting on August 1, 2011 in San Francisco, California regarding, among other things, the issues presented in the Motion;

STIP AND PROPOSED ORDER CONTINUING HEARING ON MOTION TO COMPEL AND CASE MANAGEMENT CONFERENCE DATE

Case No. C 06 0715 SC

D.  WHEREAS, the parties' dialogue was productive and the parties are in the process of drafting a protocol for commencement for an initial round of arbitrations;

E.  WHEREAS, while the parties continue to meet and confer to complete and document an agreement for a first round of arbitrations, the parties wish to continue the Motion and Case Management Conference by thirty (30) days in the hopes that the parties will resolve the issues that will allow the arbitrations to commence and suspend the need for proceeding on the motion;

THEREFORE, the parties do STIPULATE AND AGREE as follows;

1. Plaintiffs' Motion to Compel Arbitration currently set for September 9, 2011 shall be continued to October 14, 2011 or a date as soon as convenient for the Court thereafter;

2. The remaining briefing schedule on the Motion shall be pursuant to statute and local rules based on the new hearing date;

3. The Case a Management Conference currently set for September 9, 2011 shall be continued to the new date of the Motion.

**IT IS SO STIPULATED:**

Dated: August 3, 2011

**LITTLER MENDELSON, P.C.**

By: _____/s/_____
John C. Kloosterman
Laura E. Hayward
LITTLER MENDELSON, P.C.,
Attorneys for Defendant

Dated: August 3, 2011

**DONAHOO & ASSOCIATES**
**FOLEY BEZEK BEHLE & CURTIS, LLP**

By: _____/s/_____
Richard E. Donahoo
Thomas G. Foley, Jr.
Justin P. Karczag
Attorneys for Plaintiffs

STIP AND PROPOSED ORDER CONTINUING
HEARING ON MOTION TO COMPEL AND                2.                    Case No. C 06 0715 SC
CASE MANAGEMENT CONFERENCE DATE

**[~~PROPOSED~~] ORDER**

Upon reading the forgoing Stipulation, and good cause appearing, therefore,

IT IS ORDERED THAT,

1. Plaintiffs' Motion to Compel Arbitration currently set for September 9, 2011 shall be continued to ~~October 14, 2011~~ November 29, 2011 or a date as soon as convenient for the Court thereafter;

2. The remaining briefing schedule on the Motion shall be pursuant to statute and local rules based on the new hearing date;

3. The Case a Management Conference currently set for September 9, 2011 shall be continued to the new date of the Motion.

IT IS SO ORDERED.

Dated: August 8, 2011

THE HO[IT IS SO ORDERED / Judge Samuel Conti]EL CONTI

Firmwide:103103960.1 034670.1216

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIP AND PROPOSED ORDER CONTINUING
HEARING ON MOTION TO COMPEL AND
CASE MANAGEMENT CONFERENCE DATE

3.

Case No. C 06 0715 SC