IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., | Case No. 06-0715-SC |
| Plaintiffs, | |
| v. | ORDER RE: DUTIES OF SPECIAL MASTER |
| 24 HOUR FITNESS USA, INC.; SPORT AND FITNESS CLUBS OF AMERICA, INC., | |
| Defendants. | |

On February 27, 2012, the Court appointed the Honorable James Larson, United States Magistrate Judge (Retired), as a Special Master to assist the Court in this litigation. ECF No. 502 ("Order"). Among the Special Master's duties are "assist[ing] the Court with . . . resolving motions now pending before this Court, as well as future motions." Id. ¶ 8.

On August 28, 2012, Defendants filed a Motion to Dismiss. ECF No. 535 ("Mot."). The Motion was scheduled for a hearing before this Court (rather than the Special Master) on October 5, 2012. Id.

Pursuant to its Order appointing the Special Master, the Court hereby REFERS Defendants' Motion, as well as all future motions filed before the district court in this case, to Judge Larson, who

shall issue recommendations and tentative rulings on the motions. These recommendations will be subject to the Court's final approval. <u>See</u> Order ¶¶ 16-19. The parties shall continue to file their papers in the Court's electronic filing system, but chambers copies shall be directed to Judge Larson rather than to this Court.

The hearing on Defendants' Motion, scheduled to be held before this Court on October 5, is hereby VACATED. Moving parties are to contact Judge Larson's Case Manager, Heather Muirhead, at 415-774-2613 to calendar the pending Motion, as well as any future motions.

IT IS SO ORDERED.

Dated: August 28, 2012

UNITED STATES DISTRICT JUDGE