THOMAS G. FOLEY, JR., Bar No. 065812
JUSTIN P. KARCZAG, Bar No. 223764
STEPHANIE R. HANNING, Bar No. 251728
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 965-0722
Email: tfoley@foleybezek.com
       jkarczag@foleybezek.com
       shanning@foleybezek.com

RICHARD E. DONAHOO, Bar No. 186957
DONAHOO & ASSOCIATES
440 W. First Street, Ste. 101
Tustin, CA 92780
Telephone (714) 953-1010
Facsimile (714) 953-1777
Email:  rdonahoo@donahoo.com

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al. ,<br><br>              Plaintiffs,<br><br>      v.<br><br>24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>              Defendants. | Case No.  C 06 0715 SC<br><br>*(Assigned to the Honorable Samuel Conti for All Purposes)*<br><br>[~~PROPOSED~~] ORDER<br><br>**Date:    April 19, 2013<br>Time:    10:00 a.m.<br>Dept.:    1**<br><br>Complaint filed:    February 1, 2006<br>Trial date:                N/A |

The Court having reviewed the **Stipulation Re Submitting Plaintiffs' Motion For Preliminary Approval Without A Hearing**, the pleadings and

USDC, ND, Case No.: C 06 0715 SC

**[PROPOSED] ORDER**

1    papers on file herein, and good cause appearing therefor,

2        **IT IS ORDERED** that the hearing on **Plaintiffs' Motion For Preliminary**

3    **Approval Of Settlement**, scheduled for April 19, 2013 at 10:00 a.m. in

4    Courtroom 1, is vacated.  The Court will rule on the moving and supporting papers

5    filed therewith without a hearing on this matter.

6

7    Dated:_____    02/28/2013        _____

8                                 JUDGE OF THE UNITED STATES
                                 DISTRICT COURT



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                           USDC, ND, Case No.: C 06 0715 SC

**[PROPOSED] ORDER**