Case 3:06-cv-00715-SC   Document 568   Filed 04/22/13   Page 1 of 3

THOMAS G. FOLEY, JR., Bar No. 065812
JUSTIN P. KARCZAG, Bar No. 223764
FOLEY BEZEK BEHLE & CURTIS, LLP
15 West Carrillo Street
Santa Barbara, California 93101
Telephone (805) 962-9495
Facsimile (805) 965-0722
Email: tfoley@foleybezek.com

RICHARD E. DONAHOO, Bar No. 186957
DONAHOO & ASSOCIATES
440 W. First Street, Ste. 101
Tustin, CA 92780
Telephone (714) 953-1010
Facsimile (714) 953-1777
Email:  rdonahoo@donahoo.com

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>24 HOUR FITNESS USA, INC., a California corporation dba 24 HOUR FITNESS; SPORT AND FITNESS CLUBS OF AMERICA, INC., a California corporation dba 24 HOUR FITNESS,<br><br>Defendants. | Case No.  C 06 0715 SC and  all Related Actions<br><br>*(Assigned to the Honorable Samuel Conti for All Purposes)*<br><br>[~~PROPOSED~~] ORDER APPROVING PRELIMINARY APPROVAL OF INDIVIDUAL SETTLEMENTS<br><br>Date:      April 19, 2013<br>Time:     10:00 a.m.<br>Ctrm:     1<br><br>Complaint filed:   February 1, 2006<br>Trial date:                       N/A |

Plaintiffs are 862 individuals who are plaintiffs in this action, or in one of the related actions ("the Litigation.) Plaintiffs, having made an application for

entry of an order (a) preliminarily approving the settlement of this matter and associated related cases ("Litigation") pursuant to the Settlement Agreement (the "Settlement") filed on February 21, 2013; (b) approving the form of Notice and directing the manner of delivery thereof; and (c) scheduling a hearing to finally approve the Settlement, and upon consideration of the Settlement,

IT IS HEREBY ORDERED THAT:

1. The Settlement is hereby PRELIMINARILY APPROVED as appearing on its face to be fair, reasonable, and adequate and to have been the product of serious, informed, and extensive arms-length negotiations among the Parties.

2. A hearing (the "Final Approval and Fairness Hearing") is hereby SCHEDULED to be held before the Court on ___September 13___, 2013, at ___10:00 AM___. at the United States District Court, Northern District of California, Courtroom 1, 17th Floor, 450 Golden Gate Ave., San Francisco, California, for the following purposes:

    a.    to determine whether the proposed Settlement is fair, reasonable and adequate and should be approved by the Court;

    b.    to determine whether the Order Approving Settlement as provided under the Settlement should be entered,

    c.    to consider Plaintiffs' attorney's fees and expenses; and

    d.    to rule upon such other matters as the Court may deem appropriate.

3. Simpluris, Inc., is appointed as the Settlement Administrator.

4. The form of Notice appended to the Settlement Agreement attached to the Declaration of Richard E. Donahoo in Support of Plaintiffs' Motion for Preliminary Approval as Exhibit A is hereby APPROVED. Simpluris shall mail the Notice within _30_ days of this Order's file stamp date pursuant to the terms of the Settlement Agreement.

5. In the event that a Notice sent by mail is returned as undeliverable, Simpluris shall make reasonable efforts to obtain a valid mailing address as soon as practicable. Following each search that results in a corrected address, Simpluris shall promptly resend the Notice to the corrected address by first-class mail, postage prepaid.

6. Counsel shall file a motion re attorney's fees and expenses no later than August 9, 2013, which shall be heard at the time of the Final Approval and Fairness Hearing.

7. Plaintiffs will file the motion for final approval of the Settlement no later than 35 days before the Final Approval and Fairness Hearing.

8. If the Court fails to approve the Settlement, the Settlement shall be deemed null and void and shall have no further force and effect, and neither the Settlement nor the negotiations leading to it shall be used or referred to by any person or entity in this or in any other action or proceeding for any purpose. The Parties shall then be restored to their respective positions in the Litigation, except that the arbitration dates previously scheduled in this matter shall be re-set to available future dates on the respective Arbitrator's calendar. The rights and duties of the Parties shall revert to their status prior to the Settlement, and the Litigation shall continue as if the Settlement had not been reached. In such event, any order entered by this Court in accordance with the terms of the Settlement shall be treated as vacated.

IT IS SO ORDERED.

Dated: 4/22/2013

JUDGE OF THE UNITED STATES DISTRICT COURT