IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABE BEAUPERTHUY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> 24 HOUR FITNESS USA, INC.; SPORT AND FITNESS CLUBS OF AMERICA, INC., <br><br> Defendants. | Case No. 06-0715-SC <br><br> ORDER RE: FINAL ORDER ON <u>SETTLEMENT</u> |

On September 10, 2013, the Court issued an Order on this case's Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Costs, having found the matter appropriate for resolution without a hearing. ECF No. 580 ("Final Order"). Accordingly, Paragraph 1 of the Final Order is modified to remove reference to the September 13 hearing, which the Court vacated. This case is closed.

IT IS SO ORDERED.

Dated: September 11, 2013        UNITED STATES DISTRICT JUDGE